E-filing

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

CW

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. |
| REDWOOD OIL COMPANY, INC., ET AL | ) |
| Defendant | ) |

**Summons in a Civil Action**

To: REDWOOD OIL COMPANY, INC.
   *(Defendant's name)*

A lawsuit has been filed against you.

   Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

APR 24

Date: _____

Richard W. Wieking
Name of clerk of court

HELEN L. ALMACEN
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __4-30-2008__ by:

(1) personally delivering a copy of each to the individual at this place, _____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is __Robert Bernard, Registered Agent__ ; or

(4) returning the summons unexecuted to the court clerk on _____.

My fees are $ __60.00__ for travel and $ __0.00__ for services, for a total of $ __60.00__.

See Attachment 1 - Additional Documents Served

Date: __5-1-2008__

_____
Server's signature

__Ryan Ourlian, Process Server P-337__
Printed name and title

__1014 Hopper Ave. #716__
__Santa Rosa, CA 95403__
Server's address

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CASE NAME:** NORTHERN CALIFORNIA RIVER WATCH

V.

REDWOOD OIL COMPANY

**CASE NO.:** C08-02141 CW

"Attachment 1"

Additional Documents Served

1. Order Setting Initial Case Management Conference and ADR Deadlines w/attachments as provided by the U.S. District Court
2. Notice of Availability of Magistrate Judge to Exercise Jurisdiction
3. Location Guide To Court Offices
4. ECF Registration Information Handout