Cameron S. Kirk, Esq. (SB# 108013)
Karin P. Beam, Esq. (SB# 112331)
SPAULDING McCULLOUGH & TANSIL LLP
90 South E Street, Suite 200
P.O. Box 1867
Santa Rosa, CA 95402
Telephone: (707) 524-1900
Facsimile: (707) 524-1906
kirk@smlaw.com; beam@smlaw.com

Attorneys for Defendant
REDWOOD OIL COMPANY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a Non-Profit Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>REDWOOD OIL COMPANY, INC. and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 4:08-cv-02141-CW<br><br>STIPULATION RE: EXTENSION TO RESPOND TO COMPLAINT AND ORDER |

The parties hereto, by and through their counsel, Karin P. Beam of Spaulding McCullough & Tansil LLP for defendant Redwood Oil Company, Inc. and Jack Silver of Law Office of Jack Silver for plaintiff Northern California River Watch, do hereby stipulate and request this Court as follows:

1. The parties agree that defendant Redwood Oil Company, Inc. will have an additional 30 days to respond to the Complaint, to and including June 19, 2008, so that during that intervening time potential tender matters can be addressed toward less costly resolution of the matter.

DATED: May 16, 2008

SPAULDING McCULLOUGH & TANSIL LLP
Attorneys for Defendant
WEST COAST METALS, INC.

By: /s/ Karin P. Beam
Karin P. Beam

DATED: May 16, 2008

LAW OFFICE OF JACK SILVER
Attorney for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

By: /s/ Jack Silver
Jack Silver


ORDER

IT IS SO ORDERED.

DATED: 6/9/08

U.S. DISTRICT JUDGE

3

STIPULATION RE: EXTENSION TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER 4:08-cv-02141-CW