1  Cameron S. Kirk, Esq. (SB# 108013)
   Karin P. Beam, Esq. (SB# 112331)
2  SPAULDING McCULLOUGH & TANSIL LLP
   90 South E Street, Suite 200
3  P.O. Box 1867
   Santa Rosa, CA  95402
4  Telephone:     (707) 524-1900
   Facsimile:     (707) 524-1906
5  kirk@smlaw.com; beam@smlaw.com

6  Attorneys for Defendant
   REDWOOD OIL COMPANY, INC.
7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | NORTHERN CALIFORNIA RIVER WATCH, a Non-Profit Corporation, | Case No.:  4:08-cv-02141-CW |
|---|---|---|
| 12 | | |
| 13 | Plaintiff, | DEFENDANT REDWOOD OIL COMPANY, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND FOR INJUNCTIVE RELIEF |
| 14 | vs. | |
| 15 | REDWOOD OIL COMPANY, INC. and DOES 1-10, inclusive, | (Federal Civil Procedure 12(b)(6)) |
| 16 | Defendants. | Date:  August 28, 2008 Time:  2:00 p.m. |
| 17 | | Courtroom:     2 Judge: Hon. Claudia Wilken |
| 18 | | |

19         TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

20         PLEASE TAKE NOTICE THAT at 2:00 p.m. on August 28, 2008, or as soon thereafter as

21  the matter may be heard before the Honorable Claudia Wilken of the United States District Court for

22  the Northern District of California in Courtroom 2 of the United States Courthouse located at 450

23  Golden Gate Avenue, San Francisco, California, defendant Redwood Oil Company, Inc. will move

24  this Court for an Order Granting its Motion to Dismiss the Complaint of plaintiff Northern

25  California River Watch.

26         Specifically, Redwood Oil Company, Inc. seeks the following relief:

27

28

1

1. Dismissal of the Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure based on the fact that the Complaint fails to state a claim against Redwood Oil Company, Inc. upon which relief can be granted lacks subject matter jurisdiction; and

2. For injunctive relief, enjoining the prosecution of the pending claim on the basis of *res judicata*.

This Motion is based upon this Notice, the Memorandum of Points and Authorities filed herein, the Declaration of Peter Van Aylea, the Request for Judicial Notice, all pleading, files and record herein, and all matters and argument presented to the Court at the hearing of this Motion.

DATED: June 19, 2008

SPAULDING McCULLOUGH & TANSIL LLP
Attorneys for Defendant
REDWOOD OIL COMPANY, INC.

By:     /s/ Karin P. Beam
      Karin P. Beam