Cameron S. Kirk, Esq. (SB# 108013)
Karin P. Beam, Esq. (SB# 112331)
SPAULDING McCULLOUGH & TANSIL LLP
90 South E Street, Suite 200
P.O. Box 1867
Santa Rosa, CA  95402
Telephone:     (707) 524-1900
Facsimile:      (707) 524-1906
kirk@smlaw.com; beam@smlaw.com

Attorneys for Defendant
REDWOOD OIL COMPANY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a Non-Profit Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>REDWOOD OIL COMPANY, INC. and DOES 1-10, inclusive,<br><br>Defendants. | Case No.:  4:08-cv-02141-CW<br><br>[PROPOSED] ORDER<br><br>Date:   August 28, 2008<br>Time:  2:00 p.m.<br>Courtroom:     2<br>Judge: Hon. Claudia Wilken |

Redwood Oil Company, Inc.'s Motion to Dismiss Plaintiff's Complaint came on regularly for hearing on August 28, 2008 before this Court.  Having considered the papers submitted by the parties, and the arguments presented by counsel, and good cause appearing therefore, the Court orders as follows:

1.     Plaintiff's Complaint is dismissed for lack of subject matter jurisdiction and for failure to state a claim upon which relief may be granted.  (FRCP 12(b)(1) and 12(b)(6).)

2.     The Consent Decree and Order filed in the United States District Court, Northern District of California, Case No. 99-04610 WHA has the full force and effect of *res judicata*. Consequently, the pending litigation herein is dismissed on that basis, and plaintiff is enjoined from further proceedings in this litigation.

DATED: _____                    _____
                                                                                                Honorable Claudia Wilken