```
1  Cameron S. Kirk, Esq. (SB# 108013)
   Karin P. Beam, Esq. (SB# 112331)
2  SPAULDING McCULLOUGH & TANSIL LLP
   90 South E Street, Suite 200
3  P.O. Box 1867
   Santa Rosa, CA  95402
4  Telephone:    (707) 524-1900
   Facsimile:    (707) 524-1906
5  kirk@smlaw.com; beam@smlaw.com

6  Attorneys for Defendant
   REDWOOD OIL COMPANY, INC.
7
```

8                         UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | NORTHERN CALIFORNIA RIVER WATCH, a Non-Profit Corporation, | Case No.:  4:08-cv-02141-CW |
|---|---|---|
| 12 | | |
| 13 | Plaintiff, | AMENDED NOTICE OF DEFENDANT REDWOOD OIL COMPANY, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND FOR INJUNCTIVE RELIEF |
| 14 | vs. | |
| 15 | REDWOOD OIL COMPANY, INC. and DOES 1-10, inclusive, | (Federal Civil Procedure 12(b)(6)) |
| 16 | Defendants. | Date:  August 28, 2008 Time:  2:00 p.m. |
| 17 | | Courtroom:    2, 4th Floor Judge: Hon. Claudia Wilken |

18

19      TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

20      PLEASE TAKE NOTICE THAT at 2:00 p.m. on August 28, 2008, or as soon thereafter as

21 the matter may be heard before the Honorable Claudia Wilken of the United States District Court for

22 the Northern District of California in Courtroom 2, 4th Floor of the United States Courthouse located

23 at 1301 Clay Street, Oakland, California, defendant Redwood Oil Company, Inc. will move this

24 Court for an Order Granting its Motion to Dismiss the Complaint of plaintiff Northern California

25 River Watch.

26      Specifically, Redwood Oil Company, Inc. seeks the following relief:

27

28

1

1.    Dismissal of the Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure based on the fact that the Complaint fails to state a claim against Redwood Oil Company, Inc. upon which relief can be granted lacks subject matter jurisdiction; and

2.    For injunctive relief, enjoining the prosecution of the pending claim on the basis of *res judicata*.

This Motion is based upon this Amended Notice, the Memorandum of Points and Authorities, Declaration of Peter Van Aylea, and Request for Judicial Notice all filed with this Court on June 19, 2008, including all pleading, files and record herein, and all matters and argument presented to the Court at the hearing of this Motion.

DATED: June 25, 2008

SPAULDING McCULLOUGH & TANSIL LLP
Attorneys for Defendant
REDWOOD OIL COMPANY, INC.

By:    /s/ Karin P. Beam
         Karin P. Beam