```
 1  Cameron S. Kirk, Esq. (SB# 108013)
    Karin P. Beam, Esq. (SB# 112331)
 2  SPAULDING McCULLOUGH & TANSIL LLP
    90 South E Street, Suite 200
 3  P.O. Box 1867
    Santa Rosa, CA  95402
 4  Telephone:    (707) 524-1900
    Facsimile:    (707) 524-1906
 5  kirk@smlaw.com; beam@smlaw.com

 6  Attorneys for Defendant
    REDWOOD OIL COMPANY, INC.
 7
```

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

| NORTHERN CALIFORNIA RIVER WATCH, a Non-Profit Corporation, | Case No.: 4:08-cv-02141-CW |
|---|---|
| Plaintiff, | STIPULATION RE: RESCHEDULING OF CASE MANAGEMENT DATES AND ADR DEADLINES AND [PROPOSED] ORDER |
| vs. | |
| REDWOOD OIL COMPANY, INC. and DOES 1-10, inclusive, | |
| Defendants. | |

18    The parties hereto, by and through their counsel Jack Silver of Law Office of Jack Silver for

19  plaintiff Northern California River Watch and Karin P. Beam of Spaulding McCullough & Tansil

20  LLP for defendant Redwood Oil Company, Inc., do hereby stipulate and request this Court as

21  follows:

22    Based on the pending Motion to Dismiss the Complaint, filed herein by Redwood Oil

23  Company, Inc., and set for hearing on August 28, 2008, the parties agree that the dates presently

24  calendared in the case, including the ADR deadlines, the Case Management Conference, and related

25  deadlines, and the Rule 26 Disclosure date, be continued to dates after the hearing on the pending

26  Motion to Dismiss, so as to allow cost-efficient handling of the matter for all parties, as well as

27  judicial efficiency.  The parties respectfully request that this Court re-set the current dates in the case

28  to enable hearing on the Motion to Dismiss prior to the additional Court proceedings as described.

1

1  DATED: July 16, 2008                SPAULDING McCULLOUGH & TANSIL LLP
                                       Attorneys for Defendant
2                                      WEST COAST METALS, INC.

3

4                                      By:    /s/ Karin P. Beam
                                              Karin P. Beam
5

6  DATED: July 16, 2008                LAW OFFICE OF JACK SILVER
                                       Attorney for Plaintiff
7                                      NORTHERN CALIFORNIA RIVER WATCH

8

9                                      By:    /s/ Jack Silver
                                              Jack Silver
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

STIPULATION RE: RESCHEDULING OF CASE MANAGEMENT DATES                4:08-cv-02141-CW
AND ADR DEADLINES AND [PROPOSED] ORDER

1 ORDER

2     IT IS SO ORDERED.

3

4 DATED: _____

5                                        U.S. District Judge Claudia Wilkin