Cameron S. Kirk, Esq. (SB# 108013)
Karin P. Beam, Esq. (SB# 112331)
SPAULDING McCULLOUGH & TANSIL LLP
90 South E Street, Suite 200
P.O. Box 1867
Santa Rosa, CA  95402
Telephone:     (707) 524-1900
Facsimile:     (707) 524-1906
kirk@smlaw.com; beam@smlaw.com

Attorneys for Defendant
REDWOOD OIL COMPANY, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a Non-Profit Corporation, | Case No.:  4:08-cv-02141-CW |
| Plaintiff, | STIPULATION RE: RESCHEDULING OF CASE MANAGEMENT DATES AND ADR DEADLINES AND ORDER |
| vs. | |
| REDWOOD OIL COMPANY, INC. and DOES 1-10, inclusive, | |
| Defendants. | |

The parties hereto, by and through their counsel Jack Silver of Law Office of Jack Silver for plaintiff Northern California River Watch and Karin P. Beam of Spaulding McCullough & Tansil LLP for defendant Redwood Oil Company, Inc., do hereby stipulate and request this Court as follows:

Based on the pending Motion to Dismiss the Complaint, filed herein by Redwood Oil Company, Inc., and set for hearing on August 28, 2008, the parties agree that the dates presently calendared in the case, including the ADR deadlines, the Case Management Conference, and related deadlines, and the Rule 26 Disclosure date, be continued to dates after the hearing on the pending Motion to Dismiss, so as to allow cost-efficient handling of the matter for all parties, as well as judicial efficiency.  The parties respectfully request that this Court re-set the current dates in the case to enable hearing on the Motion to Dismiss prior to the additional Court proceedings as described.

1

1    DATED:  July 16, 2008                          SPAULDING McCULLOUGH & TANSIL LLP
                                                    Attorneys for Defendant
2                                                   WEST COAST METALS, INC.

3

4                                                   By:        /s/ Karin P. Beam
                                                               Karin P. Beam
5

6    DATED:  July 16, 2008                          LAW OFFICE OF JACK SILVER
                                                    Attorney for Plaintiff
7                                                   NORTHERN CALIFORNIA RIVER WATCH

8

9                                                   By:        /s/ Jack Silver
                                                               Jack Silver
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION RE: RESCHEDULING OF CASE MANAGEMENT DATES                    4:08-cv-02141-CW
AND ADR DEADLINES AND [PROPOSED] ORDER

1

<u>ORDER</u>

2      IT IS SO ORDERED.  **THE CASE MANAGEMENT CONFERENCE IS CONTINUED**

3  **TO NOVEMBER 4, 2008, AT 2:00 P.M.  THE OTHER DEADLINES ARE CONTINUED**

4  **ACCORDINGLY.**

5           7/23/08

6  DATED: _____          _____

7                                            U.S. District Judge Claudia Wilken

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION RE: RESCHEDULING OF CASE MANAGEMENT DATES                    4:08-cv-02141-CW
AND ADR DEADLINES AND [PROPOSED] ORDER