1  Jack Silver, Esquire SBN# 160575
   Law Office of Jack Silver
2  Post Office Box 5469
   Santa Rosa, California 95402-5469
3  Telephone: (707) 528-8175
   Facsimile:  (707) 528-8675
4  lhm28843@sbcglobal.net

5  Attorneys for Plaintiff
   Northern California River Watch
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  NORTHERN CALIFORNIA RIVER          CASE NO.   C08-02141 CW
    WATCH, a non-profit corporation,
12                                     **[PROPOSED] ORDER DENYING
                        Plaintiff,     DEFENDANT'S MOTION TO DISMISS
13        v.                           PLAINTIFF'S COMPLAINT**

14  REDWOOD OIL COMPANY, INC.,         Date:       August 28, 2008
    and DOES 1-10, Inclusive,          Time:       2:00 p.m.
15                                     Ctrm:       2 - Oakland
                        Defendants.    Judge:      Hon. Claudia Wilkin
16
17  _____/

18        Defendant REDWOOD OIL COMPANY, INC.'s Motion to Dismiss Plaintiff's Complaint came

19  on regularly for hearing on August 28, 2008.  Based upon the opposition papers filed by plaintiff in

20  connection with this Motion, the papers and records on file in this action, the arguments of counsel, and

21  good cause shown,

22        **IT IS HEREBY ORDERED,** that Defendant REDWOOD OIL COMPANY, INC's  Motion

23  to Dismiss Plaintiff's Complaint is hereby **DENIED.**

24

25

26  DATED: _____       _____
                                         HON. CLAUDIA WILKIN
27                                       JUDGE, U.S. DISTRICT COURT

28

    C08-02141 CW
    [PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT