IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a Non-Profit Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>REDWOOD OIL COMPANY, INC. and DOES 1-10, inclusive,<br><br>    Defendants._____/ | No. C 08-02141 CW<br><br>REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP BETWEEN CASES |

    The Court believes that this case may be related to the case of <u>Northern California River Watch v. Redwood Oil Co.</u>, No. C 99-4610 WHA.  Pursuant to Local Civil Rule 3-12(c), the Court therefore refers this case to Judge Alsup and requests that he consider whether the two cases are related.  Because Defendant's motion to dismiss is currently scheduled for hearing on August 28, 2008, the parties must file any response in opposition to or support of relating the cases by August 21, 2008.

    IT IS SO ORDERED.

Dated: 8/19/08

                                      CLAUDIA WILKEN<br>                                    United States District Judge