1  Cameron S. Kirk, Esq. (SB# 108013)
   Karin P. Beam, Esq. (SB# 112331)
2  SPAULDING McCULLOUGH & TANSIL LLP
   90 South E Street, Suite 200
3  P.O. Box 1867
   Santa Rosa, CA  95402
4  Telephone:    (707) 524-1900
   Facsimile:    (707) 524-1906
5  kirk@smlaw.com; beam@smlaw.com

6  Attorneys for Defendant
   REDWOOD OIL COMPANY, INC.
7

8                           UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10

11 | NORTHERN CALIFORNIA RIVER WATCH, a | Case No.: 4:08-cv-02141-CW
   | Non-Profit Corporation,
12 |
   |              Plaintiff,                | RESPONSE REGARDING REFERRAL FOR
13 |                                        | PURPOSE OF DETERMINING
   |     vs.                                | RELATIONSHIP BETWEEN CASES
14 |
   | REDWOOD OIL COMPANY, INC. and DOES
15 | 1-10, inclusive,
   |
16 |              Defendants.

17

18      With regard to the question at bench, whether the pending the litigation between Northern

19 California River Watch and Redwood Oil Company, Inc. is related to the case No. C99-4610WHA,

20 Redwood Oil Company, Inc. submits that both matters pertain to disputes between the same parties

21 and deal with the same real property.  However, the Consent Decree and Order filed in the earlier

22 action is, by in its own terms, no longer effective.  The Consent Decree described a seven year time

23 period for the Court to have continuing jurisdiction over disputes arising out of the settlement of case

24 No. C99-4610WHA.  The Consent Decree is terminated, and that continuing jurisdiction no longer

25 exists.  Otherwise, Redwood Oil Company, Inc. appreciates the Court's consideration of the "related

26 case" analysis.

27

28

1  DATED: August 21, 2008                    Respectfully submitted,

2                                            SPAULDING McCULLOUGH & TANSIL LLP
                                             Attorneys for Defendant
3                                            REDWOOD OIL COMPANY, INC.

4

5                                            By:  _____/s/ Karin P. Beam_____
                                                       Karin P. Beam