IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NORTHERN CALIFORNIA RIVER WATCH, a
Non-Profit Corporation,

    Plaintiff,

  v.

REDWOOD OIL COMPANY, INC. and DOES 1-10, inclusive,

    Defendants.
                                                       /

No. C 08-02141 CW

ORDER VACATING
HEARING ON
DEFENDANT'S MOTION
TO DISMISS

    In light of the pending referral to determine whether this case is related to <u>Northern California River Watch v. Redwood Oil Co.</u>, No. C 99-4610 WHA, the hearing on Defendant's motion to dismiss currently scheduled for August 28, 2008 is VACATED. In the event that this case is not re-assigned, the motion will either be decided on the papers or scheduled for hearing by the Court on some other date.

    IT IS SO ORDERED.

Dated: 8/25/08

                                                    CLAUDIA WILKEN
                                                   United States District Judge